AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Donohue, James P. | 2. Court or Organization<br><br>United States District Court, Western District of Washington | 3. Date of Report<br><br>08/27/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States Magistrate Judge (Full-time) | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

United States Courthouse
700 Stewart Street
Seattle, WA 98101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | Board of Directors | Special Olympics of Washington |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 08/27/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | monthly | Group Health Cooperative mouthly pension through the entire year |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 08/27/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | J |
| 2. | US Bank | Line of Credit | M |
| 3. | Washington Federal | mortagage | N |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 08/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CAPITAL INCOME BUILDER B - CIBBX | A | Dividend | | | Sold | 08/25/14 | K | B | |
| 2. ING FIXED FUND ACCOUNT | A | Interest | J | T | | | | | |
| 3. | | | | | | | | | |
| 4. FIRST EAGLE SOGEN GOLBAL FD, CL C FESGX | | None | | | Sold | 09/03/14 | K | B | |
| 5. | | | | | | | | | |
| 6. FIRST EAGLE SOGEN FUNDS US VALUE FUND CLASS C FEVCX | | None | | | Sold | 08/19/14 | K | C | |
| 7. | | | | | | | | | |
| 8. WELLS FARGO BANK DEPOSIT ACCOUNT | A | Interest | | | Closed | 08/18/14 | J | A | |
| 9. | | | | | | | | | |
| 10. Pershing Government Money Market Account | B | Interest | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. SIERRA CORE RETIREMENT FUND SIRIX | A | Dividend | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. PIMCO ALL ASSET ALL AUTHORITY FUND | B | Dividend | K | T | Buy (add'l) | 01/09/14 | J | | |
| 15. PIMCO ALL ASSET ALL AUTHORITY FUND CLASS C, PAUCX | B | Dividend | K | T | Sold (part) | 01/22/14 | K | A | |
| 16. PIMCO ALL ASSET ALL AUTHORITY FUND, CLASS C, PAUCX | B | Dividend | K | T | Sold (part) | 08/25/14 | J | A | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 08/27/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. VANGUARD REIT INDEX FUND VGSLX | A | Dividend | K | T | Buy (add'l) | 01/09/14 | J | | |
| 19. VANGUARD REIT INDEX FUND VGSLX | A | Dividend | K | T | Sold (part) | 08/25/14 | J | C | |
| 20. | | | | | | | | | |
| 21. VANGUARD TOTAL INT. STOCK INDEX, VTGSX FUND, VGTSX | A | Dividend | J | T | Sold (part) | 01/09/14 | J | A | |
| 22. VANGUARD TOTAL INT. STOCK VGTSX | A | Dividend | J | T | Sold (part) | 08/25/14 | J | B | |
| 23. | | | | | | | | | |
| 24. VANGUARD INDEX TRUST TOTAL STOCK VTSMX | A | Dividend | K | T | Sold (part) | 01/09/14 | J | A | |
| 25. VANGUARD INDEX TRUST, VTSMX | A | Dividend | K | T | Sold (part) | 08/25/14 | K | D | |
| 26. | | | | | | | | | |
| 27. VIRTUS OPPORTUNITIES TR PREMIUM CL C, VAPCX ALPHASECOTR FUNDS CL C | | None | | | Sold | 08/19/14 | K | A | |
| 28. | | | | | | | | | |
| 29. NUVEEN INVT TR II NSBCX | A | Dividend | | | Sold | 08/19/14 | K | A | |
| 30. | | | | | | | | | |
| 31. GOLDMAN SACHS TR INCOME BUILDER FUND, CLASS C GSBCX | A | Dividend | | | Sold | 08/19/14 | K | A | |
| 32. | | | | | | | | | |
| 33. INVESTMENT MANAGERS TR CENTER FUND, CLASS C | A | Dividend | | | Sold | 08/19/14 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Donohue, James P. | 08/27/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. | | | | | | | | | |
| 35. MAINSTAY FUNDS TR EPOCH GLOBAL EQUITY, CLASS C,EPSKX | A | Dividend | | | Sold | 08/19/14 | K | B | |
| 36. | | | | | | | | | |
| 37. VANGUARD SHORT TERM INVEST GRADE FUND VFSUX | A | Dividend | | | Sold | 08/14/14 | K | B | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. | | | | | | | | | |
| 42. | | | | | | | | | |
| 43. | | | | | | | | | |
| 44. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, line 14 the Pershing Goverment Money Market account, it too is a sweep account. When dividends are received they are placed in this short term account pending reinvestmenet. This happens throughout the year.

Part VII, line 18: VGRSX (reported on the 2013 FDR) was involved in a share class exchange on 10/27/14. It is now known at VGSLX. Acquisiiton is properly reported in 2013 and in 2014.

Part VII, line 21: VTGSX was purchased on 04/17/13 for $16,501. Balance at end of year was $13,811. It does not appear it was on the 2013 Report when acquired. The undersigned apologizes for the omission.

By letter dated August 11, 2015, the undersigned was advised that VGRSX which appeared on 2013 FDR did not appear on the 2014 Report. As indicated above, in October 2014, the previously listed VGRSX now goes by teh symbol VGSLX.

By letter dated August 11, 2015, the undersigned was advised that VFSUX which appeared in the 2013 FDR does not appear on the 2014 Report. The VFSUX investment was sold in its entirety on 08/25/14, rather tan a partial sale. The undersigned apologizes and has modified the 2014 Report at line 37 accordingly.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James P. Donohue**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544